**Willie LEWIS, alias Willis Lewis, alias Walter Lewis, Appellant, v. UNITED STATES of America, Appellee.**

No. 6104.

Circuit Court of Appeals, Fifth Circuit.

March 14, 1931.

R. A. Hendricks, of Miami, Fla., for appellant.

W. P. Hughes, U. S. Atty., and Wm. A. Paisley, Asst. U. S. Atty., both of Jacksonville, Fla.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

The judgment in this case is affirmed.

**LIPPMAN'S, Incorporated, Appellant, v. D. B. HEINER, Collector of Internal Revenue for the 23rd District of Pennsylvania, Appellee.**

No. 4477.

Circuit Court of Appeals, Third Circuit.

Jan. 15, 1931.

Charles H. Sachs and Sachs & Caplan, all of Pittsburgh, Pa., for appellant.

Louis E. Graham, U. S. Atty., and John A. McCann, Sp. Atty., Bureau of Internal Revenue, both of Pittsburgh, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and E. F. McMahon, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before BUFFINGTON and WOOLLEY, Circuit Judges, and THOMPSON, District Judge.

BUFFINGTON, Circuit Judge.

We are satisfied that all that can be said in an opinion by this court has been set forth in that of the court below. We limit ourselves to adopting as our own that opinion and affirming the judgment below. The opinion below reads as follows.[1]

**Charles L. MARCUS, Plaintiff-Appellant, v. HELENA RUBENSTEIN, Inc., et al., Defendants-Appellees.**

No. 241.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1931.

Morris Kirschstein, of New York City, for appellant.

Charles S. Jones and Henry M. Flateau, both of New York City, for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.

No. 53.

Circuit Court of Appeals, Second Circuit.

Jan. 5, 1931.

---

[1] Published in full in 41 F. (2d) 556.